```
 1  JULIE M. MCCOY, Bar No. 129640
    LAW OFFICES OF JULIE M. MCCOY
 2  JACQUELYNE M. NGUYEN, Bar No. 249658
    1670 SANTA ANA AVE., SUITE K
 3  COSTA MESA, CA 92627
    Telephone: (949) 722-0055
 4  Fax:(949) 722-8416

 5  Attorney for: PLAINTIFF
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Juanita Alvarado, aka<br>Juanita F. Alvarado,<br><br>　　　　　Defendant | No. CV 11-01667<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Juanita Alvarado, aka Juanita F. Alvarado, in the principal amount of $5,045.90 plus interest accrued to February 22, 2011, in the sum of $6,310.04; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$11,355.94**.

DATED: 3/30/2011　　　　　　By:　　　TERRY NAFISI
　　　　　　　　　　　　　　　　　　　Clerk of the Court

　　　　　　　　　　　　　　　　　　　_Yvette Lomis_
　　　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　United States District Court